UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

King Michael Tutankhaman,

    Plaintiff

v.

Nigel Lewis, et al.,

    Defendants

Case No.: 2:22-cv-1865-JAD-EJY

**Order Adopting Report & Recommendation and Dismissing Action**

[ECF Nos. 1, 3]

    Plaintiff Juris Superior Chief Justice King Michael Tutankhaman, aka King Dr. Michael Dumpledore II, aka The Royal Angel, aka The Royal Baby Angel, aka Dr. Maxwell, aka The Marisan Citizen initiated this action with an incoherent 152-page filing and an application to proceed *in forma pauperis*.[1]  The magistrate judge reviewed the complaint, characterizes it as "suffer[ing] from delusional and frivolous allegations on which [p]laintiff cannot possibly prevail," and issued a report and recommendation to dismiss this case with prejudice.[2]  The deadline for the plaintiff to object to that recommendation passed a week ago, and the plaintiff neither filed objections nor moved to extend the deadline to do so.  "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3]  Having reviewed the R&R, I find good cause to adopt it, and I do.

---

[1] ECF No. 1.

[2] ECF No. 3.

[3] *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Accordingly, IT IS HEREBY ORDERED that the magistrate judge's report and recommendation **[ECF No. 3] is ADOPTED** in full; **this case is dismissed with prejudice as frivolous and delusional**, and the application for leave to proceed *in forma pauperis* **[ECF No. 1] is DENIED as moot.** The Clerk of Court is directed to **ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 28, 2022